■ COUNTY OF ERIE, Respondent, v. LAFAYETTE HOTEL COMPANY et al., Appellants, et al., Defendants.— Order unanimously affirmed, without costs of this appeal to any party. (Appeals from preliminary order of condemnation of Erie Special Term condemning certain realty for library purposes.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.